DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. OLIVER

No. 503P87.

Case below: 82 N.C. App. 135.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1987.

STATE v. SALTER

No. 391P87.

Case below: 85 N.C. App. 172.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1987.

STATE v. SULLIVAN

No. 441P87.

Case below: 86 N.C. App. 316.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

STATE v. WHITE

No. 535P87.

Case below: 84 N.C. App. 299.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1987.

STATE v. WOXMAN

No. 554P87.

Case below: 87 N.C. App. 295.

Petition by defendant for temporary stay allowed 28 October 1987.